UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. LEE WHITNUM, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:17-CV-1362 (JCH) |
| v. | : | |
| | : | |
| TOWN OF WOODBRIDGE, ET AL | : | DECEMBER 12, 2018 |
|     Defendants. | : | |

**RULING RE: PLAINTIFF'S MOTIONS FOR PERMISSION TO CITE IN
(DOC. NO. 106 & 107)**

This case was recently transferred to the undersigned's docket. As a result, the undersigned has carefully reviewed the docket, the numerous pleadings and court rulings, as well as the many motions pending at the time of transfer.

On October 18, 2018, the plaintiff filed two Motions for Permission to Cite In; one seeking to "cite in" "Jane Emons," which the court reads as requiring permission to add former Judge Emons as a defendant in this case (Doc. No. 107); and the other pleading is a motion seeking to cite in Assistant Chief State Prosecutor, John Whalen, as a defendant (Doc. No. 106).

This case involves plaintiff's claims brought seeking damages under various legal theories, all arising out of her arrest in August 2015 for violating a protective order, which plaintiff alleges was not in place at the time of her arrest. See Complaint (Doc. No. 1) ¶¶ 4, 5, 7.

The two Motions addressed here are untimely (see Doc. Nos. 5, 18, 25, 79) and were filed two weeks after the close of discovery. See Orders (Doc. Nos. 69, 79, 88). Further, the Motions are essentially duplicative of Motions previously made, see

1

Motions (Doc. Nos. 75 & 77) which were both denied, see Order (Doc. No. 79). There is nothing in the Motions or the Replies to the Opposition to these Motions (Doc. No. 118) that would support granting the Motions or reversing the prior rulings of this court.

Accordingly, plaintiff's Motion to Cite In Jane Emons (Doc. No. 107) and Motion to Cite In John Whalen (Doc. No. 106) are denied.

**SO ORDERED.**

Dated at New Haven, Connecticut this 12th day of December 2018.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge