UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

L. LEE WHITNUM,
    Plaintiff,

vs.

THE TOWN OF WOODBRIDGE,
ROBERT B. CROWTHER (PERSONALLY
and PROFESSIONALLY), FRANK
P. CAPPIELLO (PERSONALLY and
PROFESSIONALLY),
    Defendants.

: 3:17-cv-01362

: December 29, 2018

## NOTICE OF APPEAL

1.    This litigant is appealing Order number #131 ruling re: Motion to Quash Subpoena and Protective Order (Doc. Nos. 83 & 84). This litigants sites the following as the governing law:

> (1) Time for Filing a Notice of Appeal. (A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.

2.    This litigant believes the judge made an error of law; or there was a miscarriage of justice.

Sincerely,

*[signature]*

L. Lee Whitnum

## CERTIFICATION

This litigant hereby certify that on December 30, 2018 a copy of the foregoing was sent via US mail to the following:

KARSTEN & TALLBERG, LLC - Attorneys At Law
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
860-233-5600

Philip Miller
Office of the Attorney General
Attn. Philip Miller
55 Elm St.
Hartford, CT

Sincerely,

s/L.Lee Whitnum

6