## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. LEE WHITNUM, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:17-cv-1362 (JCH) |
| v. | : | |
| | : | |
| TOWN OF WOODBRIDGE, ET AL | : | JANUARY 8, 2019 |
|     Defendants. | : | |

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO STAY (DOC. No. 176)**

Plaintiff has moved for an order to stay pending various appeals she has filed. (See Notice of Interlocutory Appeals Doc. Nos. 166, 167, 168, 169, 170, 171, and 172). While it is this court's view that the appeals lack merit as premature and will be dismissed by the Court of Appeals, this court will grant a 30 day stay, in light of plaintiff's pro se status, thus extending, without prejudice to further extensions depending on the situation at the time, the deadline for filing Motions for Summary Judgment and Opposition and Cross Motions.  See Emergency Motion for Stay or Injunction (Doc. No. 176) at para. 3.

The court expects any outstanding discovery from defendants will be completed timely on the deadlines previously set.

**SO ORDERED.**

Dated at New Haven, Connecticut this 8th day of January 2019.

        /s/ Janet C. Hall
        Janet C. Hall
        United States District Judge