**MANDATE**

D. Conn.
17-cv-1362
Hall, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand nineteen.

Present:

    John M. Walker, Jr.,
    José A. Cabranes,
    Peter W. Hall,
        *Circuit Judges*.

| | |
|---|---|
| L. "Lee" Whitnum, | 19-48 (L), |
| | 19-49 (Con), |
|     *Plaintiff-Appellant*, | 19-50 (Con), |
| | 19-51 (Con), |
| v. | 19-52 (Con), |
| | 19-53 (Con), |
| Town of Woodbridge, et al., | 19-54 (Con), |
| | 19-229 (Con) |
|     *Defendants-Appellees*. | |

Appellees, through counsel, move to dismiss these consolidated appeals. Appellant, pro se, moves for leave to proceed in forma pauperis. This Court has determined that it lacks jurisdiction over the consolidated appeals because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that Appellees' motion is GRANTED and the consolidated appeals are DISMISSED. It is further ORDERED that Appellant's motion is DENIED as moot.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/06/2019