UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. LEE WHITNUM | : | |
|     Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:17-CV-1362 (JCH) |
| v. | : | |
| | : | |
| TOWN OF WOODBRIDGE, ET AL., | : | JULY 17, 2019 |
|     Defendants. | : | |

**ORDER RE: EMERGENCY MOTION FOR TRANSFER OF EVIDENCE
FROM 3:15cv0959 (DOC. NO. 155)**

Plaintiff, L. Lee Whitnum, ("Whitnum"), moved this court to "transfer a copy of the above detailed in #23 and saved in #24 in case no. 3:15cv0959(SRU) to be filed in this case."  The court grants the Motion to the following extent:

The Clerk is ordered to print a copy of Doc. No. 24 and mail it to the plaintiff and to the defendants.  If there is an appropriate basis for a party to docket this document in this case, the party may of course do so.  However, the court reminds the plaintiff of the court's earlier Ruling (See Doc. No. 246).

**SO ORDERED.**

Dated at New Haven, Connecticut this 17th day of July 2019.

                                               /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge