UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **L. LEE WHITNUM,** | : | DOCKET NO. 3:17-cv-1362 |
| Plaintiff-Appellant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **THE TOWN OF WOODBRIDGE,** | : | |
| **ROBERT B. CROWTHER (PERSONALLY** | : | |
| **and PROFESSIONALLY), FRANK** | : | |
| **P. CAPPIELLO (PERSONALLY and** | : | |
| **PROFESSIONALLY),** | : | September 3, 2019 |
| Defendants-Appellees. | | |

## EMERGENCY MOTION FOR STAY

1. This litigant is requesting stay on all rulings in this case until Judge Janet Hall steps down. This litigant in the Cross Motion for Summary Judgment asked for oral argument and that has not been scheduled. Also the oral argument for her opposition to the defense's Motion for Summary Judgment has not been scheduled.

2. This litigant is asking that every matter in this case, every open motion be stayed until Judge Janet Hall recuses herself. This has been requested in the Emergency Motion for Disqualification which was based on political differences. That emergency motion was filed today. .

Sincerely,
s/L. Lee Whitnum

## **CERTIFICATION**

I hereby certify that on Sept. 3, 2019, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing.

Kirsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

Sincerely,

s/L. Lee Whitnum