UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. LEE WHITNUM,<br>  Plaintiff-Appellant, | DOCKET NO. 3:17-cv-1362 |
| vs. | |
| THE TOWN OF WOODBRIDGE,<br>ROBERT B. CROWTHER (PERSONALLY<br>and PROFESSIONALLY), FRANK<br>P. CAPPIELLO (PERSONALLY and<br>PROFESSIONALLY),<br>  Defendants-Appellees. | September 12, 2019 |

### AFFIDAVIT IN SUPPORT OF
### EMERGENCY MOTION FOR DISQUALIFICATION

1. This affidavit is to accompany, and in support of, the Emergency Motion for Disqualification filed on September 3, 2019. This litigant was a little brusque to Judge Janet Hall. She was a bit shocked to learn about Judge Hall's husband and reacted spontaneously. This litigant apologizes.

2. There can be no doubt as to this litigant's involvement in the American Peace Community as she has been outspoken against AIPAC (The American Israel Public Affairs Committee) a.k.a the Israel Lobby. In at least three public forums prior to the apperance of Judge Hall onto this case, this litigant, was publically critical of AIPAC. Here are three highly publicized clashes with Congressman Jim Himes (CT-D), Senator Christopher Murphy (D-CT) and Governor Dannell Malloy (D-CT). There was a great deal of publicity; the YouTube links are the proof. This litigant believes, no reasonably aware resident of Connecticut, could not be aware of this litigant's public stands against AIPAC as all three of the following were televised. They are listed as the following:

a. As a congressional candidate this litigant was vocal against AIPAC - 2008, in a televised Congressional debate, Whitnum questioned fellow candidate Jim Himes (D-CT) on his then recent trip to Israel – citing AIPAC's involvement in the pledge to Israel trips.

https://www.youtube.com/watch?v=JJfi6b1Owml

b. Next, in a televised debate in 2012 Lee Whitnum called her fellow candidate – Senator Chris Murphy (D-CT) a "whore" for denying the existence of AIPAC.

https://www.youtube.com/watch?v=6uJ_ZI25B4M

c. Here is the News 12 report of the Dannell Malloy press conference.

https://www.youtube.com/watch?v=eW-UdTZssRc

4. This litigant has been publically outspoken against AIPAC. For being so outspoken, this litigant claims she has been through "eight years of hell" in the Connecticut Court system – subjected to all manner of the violation of her rights. This litigant, to ensure no further bias, believes Judge Hall should step down and recuse herself from any case having to do with this litigant. This is based on the fact that Hall's husband, David Schaefer, is a current member of the Anti-Defamation League (ADL), and former member of the National Executive Committee, of the ADL, an AIPAC member organization. His leadership in the ADL at the national level proves he is as passionate about the fight for the best interests of Israel, as this litigant is the opposite, passionate against the U.S. funding of Israel as counterproductive to the wellbeing of the United States. This is not James Carvel and Mary Matlin, these are deeply-held core beliefs, and spouses are usually aligned, Schaefer's role on the National Executive

Committee of the ADL, is enough for this litigant to ask Judge Janet Hall to please step down.

5.   I swear that the above, and the contents of the Emergency Motion for Disqualification filed on September 3, 2019, are true to the best of my knowledge.  I am,

*[signature]*

Lisa Lee Whitnum Baker

Subscribed and Sworn to before me, a Notary Public, in and for County of Fairfield and State of Connecticut, this 12th day of September 2019

*Lucy A Stuart*
Notary Public
My Commission Expires
Notary Seal

LUCY A STUART
Notary Public
Connecticut
My Commission Expires Apr 30, 2020

## **CERTIFICATION**

I hereby certify that on Sept. 12, 2019, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing.

Kirsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Sincerely,

Lisa Lee Whitnum Baker