1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. "LEE" WHITNUM | : | |
|    Plaintiff, | : | CIVIL ACTION NO. |
|    v. | : | |
| | : | |
| TOWN OF WOODBRIDGE; et al | | 3:17-cv-1362 |
|    Defendants, | : | December 16, 2016 |

## NOTICE OF APPEAL /

## NOTICE OF INTENT

## TO APPEAL

1.   This is a Notice of Appeal / Notice of Intent to Appeal Judge Hall's Order (290) of November 26, 2019. This is an appeal of that judgment.

Respectfully,

*L. Lee Whitnum*

Lisa Lee Whitnum

2

**CERTIFICATION**

It is certified that on this date, December 16, 2019, a copy of the foregoing was sent by US mail, email and through the CMECF system to all parties and counsel of record as follows:

Karsten and Tallberg, Attorneys at Law

500 Enterprise Dr. Suite 4B

Rocky Hill, CT  06067

Dated: December 16, 2016

*L. Lee Whitnum*

Lisa Lee Whitnum

2